# UNITED STATES DISTRICT COURT

for the

Eastern  District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Miguel Contreras Navarro | ) Case No:  5:06-CR-280-1FL |
| | ) USM No:  50446-056 |
| Date of Original Judgment:        March 20, 2007 | ) |
| Date of Previous Amended Judgment: | )  Robert Waters |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of    ☑ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C.
§ 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by
statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and
taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☐ DENIED.     ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of      120                        months **is reduced to**    60 months on Count 1          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Count 2 remains 60 months, consecutive.  The term of supervised release in Count 1 is reduced to 4 years, concurrent with the
5-year term imposed in Count 2.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated March 20, 2007,
shall remain in effect. **IT IS SO ORDERED.**

Order Date:      4/10/2019

Judge's Signature

Effective Date:
        *(if different from order date)*                      Louise W. Flanagan     U.S. District Judge
                                                              *Printed name and title*