IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-280-FL-1

UNITED STATES OF AMERICA ,     )
     )
     v.     )
     )
MIGUEL CONTRERAS NAVARRO,     )          ORDER
     )
     Defendant.     )


This matter is before the court on defendant's pro se motion to reduce sentence (DE 23). On April 10, 2019, the court entered order granting defendant's motion to reduce sentence under the First Step Act of 2018, which provided defendant the relief sought in the instant pro se motion to reduce sentence. Accordingly, defendant's motion to reduce sentence (DE 23) is DENIED as moot.

SO ORDERED, this the 17th day of April, 2019.


_____
LOUISE W. FLANAGAN
United States District Judge